GILBERT *v.* THE BOARD OF COMMISSIONERS, &c.

The compensation and duties of county auditor may be increased or lessened at any time by the legislature.

ERROR to the *Grant* Circuit Court.

BLACKFORD, J.—The plaintiff in error was elected county auditor of *Grant* county in 1841, and has continued in office ever since. The compensation for the discharge of his duties was reduced by a statute of *January*, 1844.

The only question presented to the Circuit Court was, whether the auditor, for services rendered subsequently to the last-named statute, could claim more than that statute allows. The Circuit Court decided that he could not, and gave judgment accordingly.

We think the judgment of the Circuit Court is right.

When the plaintiff accepted the office of county auditor, he took it subject to whatever regulations the legislature might afterwards make respecting it. The compensation, and the duties to be performed, might be increased or lessened as the public good, in the opinion of the legislature, should require. The constitution provides that the compensation of certain officers shall not be diminished during their continuance in office. This provision is of itself sufficient to show, that the compensation of all other officers is entirely at the will of the legislature. The plaintiff not being protected by the constitution, must, while he holds the office, be content with the compensation which the law allows for his services at the time they are performed.

*Per Curiam.*—The judgment is affirmed with costs.

*J. Smith*, for the plaintiff.

*D. D. Pratt*, for the defendant.